## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arthur K. Miller<br>Kimberly J. Miller<br>                 Debtors | CHAPTER 13<br><br>BKY. NO. 12-23259 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 7915

                                                 Respectfully submitted,

                                                 **/s/ Matthew J. McClelland, Esquire**
                                                 Matthew J. McClelland, Esquire
                                                 mmcclelland@kmllawgroup.com
                                                 Attorney I.D. No. 319482
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 Phone: 215-627-1322
                                                 Fax: 215-627-7734
                                                 Attorney for Movant/Applicant