**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/19/2017

IN RE:

ARTHUR K. MILLER
KIMBERLY J. MILLER
114 MINERAL SPRINGS ROAD
HOPWOOD, PA  15445-2429
XXX-XX-7708          Debtor(s)

XXX-XX-3149

Case No. 12-23259 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/19/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 1   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 23,383.68<br>COMMENT: $/CL-PL@6%MDF/PL*GM FINANCIAL/SCH-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7145 |
| **QUANTUM3 GROUP LLC AGNT - WFNB**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,572.96<br>COMMENT: CL 6 GOVS*SEC/SCH@WFNNB*LEVIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0970 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 20-2<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*799.68 X 60 + 2=LMT*AMD*BGN 7/12 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 7915 |
| **TEBO FINANCIAL SERVICES***<br>4801 DRESSLER RD<br>STE 194<br>CANTON, OH 44718 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 10<br>CLAIM: 9,267.71<br>COMMENT: $/CL-PL@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2704 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,895.69<br>COMMENT: $CL-PL*10-11 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7708AN |
| **ANESTHESIA CONSULTANTS OF SOUTHWESTE**<br>POB 49<br>PITTSBURGH, PA 15230-0049 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 19NJ9,19NJ8 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5491100022195203 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 575.75<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3768 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 421.83<br>COMMENT: 942483785453O/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5530 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC 29603-0390 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,240.98<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8984 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br><br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  24257811 |
| **ELIZUR CORP**<br>9800B MCKNIGHT RD<br><br>PITTSBURGH, PA  15237 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  458230 |
| **EMERGENCY RESOURCE MGMT**<br>POB 371980<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  77015265 |
| **FAYETTE MEDICAL ASSOCIATES++**<br>POB 644381<br><br>PITTSBURGH, PA  15264-4381 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  136602 |
| **FIRST NATIONAL BANK OF PA\*\***<br>C/O AAS  - POB 129<br>2526 MONROEVILLE BLVD STE 103<br>MONROEVILLE, PA  15146 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  1,088.86<br>COMMENT: | | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  701569709 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA  95696 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  410.30<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5077 |
| **FOUNDATION RADIOLOGY GROUP++**<br>POB 60<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4232,3143021 |
| **THE HARTFORD**<br>POB 2024<br><br>HARTFORD, CT  06145-2024 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  AAB828347 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br><br>CAROL STREAM, IL  60197-4153 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  71360000952158 |
| **HSBC CARD SERVICES++**<br>POB 1323<br><br>BUFFALO, NY  14240 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  35529744 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 772.28<br>COMMENT: HSBC~BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1356 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 499.78<br>COMMENT: HSBC~BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9314 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br><br>MIAMI, FL 33131-1605 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 1,301.52<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5203 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 11,429.33<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7708 |
| **LAUREL PATHOLOGY++**<br>POB 28<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: LPPCC12386814 |
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 76244999 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 398.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4795 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 872.04<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2553 |
| **PEDIATRIC ALLIANCE**<br>9104 BABCOCK BLVD STE 2111<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 83181 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1026600068 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **QUEST DIAGNOSTICS INC**<br>875 GREENTREE RD<br>4 PARKWAY CTR<br>PITTSBURGH, PA 15220 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1011676682 |
| **DAVID SHEBA DO**<br>150 WAYLAND SMITH DR STE A<br>UNIONTOWN, PA 15401 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 127001 |
| **SOCIAL SECURITY ADMINISTRATION(*)**<br>OFFICE OF THE GENERAL COUNSEL - REGION I<br>ATTN - BANKRUPTCY COORDINATOR<br>300 SPRING GARDEN ST - 6TH FL<br>PHILADELPHIA, PA 19123 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 193166429D0 |
| **STATE FARM BANK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 2,780.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4646 |
| **STONEBERRY**<br>POB 2820<br>MONROE, WI 53566 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 041670196C2 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: VARIOUS/SCH |
| **UPMC/CANCER CENTER**<br>POB 371062<br>PITTSBURGH, PA 15251-7062 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2006637280024001 |
| **UPMC(*)**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MERCY HSPTL OF PGH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: VARIOUS/SCH |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2006637280024001 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:15 | CLAIM: 118.23<br>COMMENT: FR VERIZON*DOC 47 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2470 |

| Creditor | Trustee Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 4,652.91<br>COMMENT: WAMU/CHASE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5893 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS**<br>C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES<br>POB 40728<br><br>HOUSTON, TX  77240 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 204.54<br>COMMENT: NUM NT/SCH*VERIZON | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3054 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 282.63<br>COMMENT: $CL-PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7708AN |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 14.05<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7708AN |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 20-2<br><br>CLAIM: 11,810.97<br>COMMENT: $CL-PL*AMD*THRU 6/12 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7915 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 691.96<br>COMMENT: NT/SCH*FR VERIZON WLRS*DOC 46 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7187 |

Case 12-23259-CMB    Doc 57    Filed 05/19/17    Entered 05/19/17 14:56:13    Desc
Page 7 of 7