# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ARTHUR K. MILLER<br>KIMBERLY J. MILLER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  ARTHUR K. MILLER<br>KIMBERLY J. MILLER<br><br>      Respondents | Case No.12-23259CMB<br><br>Chapter 13<br><br>Related to:<br>Document No. 58 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __29th__ day of __June__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

                Commonwealth Of Pa
                Attn: Payroll Manager
            Exec Off-Bur Of Comm Pay Op
                      Pob 8006
               Harrisburg,PA 17105

is hereby ordered to immediately terminate the attachment of the wages of ARTHUR K. MILLER, social security number XXX-XX-7708. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ARTHUR K. MILLER.

~~FURTHER ORDERED~~:

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

_Carlota M. Böhm_    **kmt**
Carlota M. Böhm
UNITED STATES BANKRUPTCY JUDGE

FILED
6/29/17 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 12-23259-CMB
Arthur K. Miller                                                                        Chapter 13
Kimberly J. Miller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 1             Date Rcvd: Jun 29, 2017
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db              Arthur K. Miller,   114 Mineral Springs Road,   Hopwood, PA  15445-2429
               +Commonwealth of PA,   Attn: Payroll Manager,   Exec Off-Bur of Comm Pay OP,   P.O. Box 8006,
                 Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Kimberly J. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Debtor Arthur K. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6