## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Arthur K. Miller and Kimberly J. Miller, | : | Case No. 12-23259 CMB |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Arthur K. Miller and Kimberly J. Miller, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtors, Arthur K. Miller and Kimberly J. Miller, by and through their counsel, Zebley Mehalov & White, and certify under penalty of perjury that the following statements are true and correct:

1.   The Debtors have made all payments required by the Chapter 13 Plan.

2.   The Debtors are not required to pay any Domestic Support Obligations.

3.   The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.   On July 3, 2017, at docket number 61, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing Certifications of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificates of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated:   July 3, 2017

/s/   Arthur K. Miller_____
   Arthur K. Miller, Debtor

/s/    Kimberly J. Miller_____
   Kimberly J. Miller, Co-Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White_____
   Daniel R. White, Esquire
   PA I.D. No. 78718
   P.O. Box 2123
   Uniontown, PA 15401
   724-439-9200
   dwhite@Zeblaw.com