**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Arthur K. Miller**
**Kimberly J. Miller**
Debtor(s)

Bankruptcy Case No.: 12−23259−CMB

Chapter: 13
Docket No.: 65 − 64

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 28th day of August, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/2/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/25/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/2/17.**

                                                            Carlota M. Bohm
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23259-CMB
Arthur K. Miller                                                    Chapter 13
Kimberly J. Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 3              Date Rcvd: Aug 28, 2017
                              Form ID: 408            Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
```
db/jdb         Arthur K. Miller,   Kimberly J. Miller,    114 Mineral Springs Road,    Hopwood, PA  15445-2429
13410242      +AAS Debt Recovery, Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
13416246     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,      PO Box 183853,
                Arlington, Texas   76096)
13410243       Anesthesia Consultants of SW PA,    P.O. Box 49,   Pittsburgh, PA 15230-0049
13410246     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     c/o TSYS Total Debt Management,     P.O. Box 5155,
                Norcross, GA 30091)
13410248     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Center, Inc.,      P.O. Box 14931,
                Pittsburgh, PA 15234-0931)
13449091      +COUNTRY DOOR,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13410250     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     c/o DFS Customer Care Dept.,
                P.O. Box 81577,    Austin, TX 78708-1577)
13410251     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,     P.O. Box 78626,    Phoenix, AZ 85062-8626)
13410279      +David R. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,     Uniontown, PA 15401-2677
13410252      +Elizur Corporation,    9800 A McKnight Road,   Pittsburgh, PA 15237-6032
13410253      +Emergency Resource Management, Inc.,     1650 Metropolitan Street,
                Third Floor--Customer Service,    Pittsburgh, PA 15233-2212
13410254       Fayette Medical Associates,    P.O. Box 644381,    Pittsburgh, PA 15264-4381
13410255       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13410256       First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13410257       Foundation Radiology Group, PC,    75 Remittance Drive--Dept. 3310,     Chicago, IL 60675-1001
13410258      +GM Financial,    P.O. Box 183593,    Arlington, TX 76096-3593
13410261       HFC,   P.O. Box 4153-K,    Carol Stream, IL 60197-4153
13410262      +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13410260       Hayt, Hayt & Landau,    Meridian Center I, Two Industrial Way,     P.O. Box 500,
                Eatontown, NJ 07724-0500
13410264       IT Billing Entity: Uniontown, PA,    P.O. Box 644352,    Pittsburgh, PA 15264-4352
13410265       Laurel Pathology,    P.O. Box 2149,    Pittsburgh, PA 15230-2149
13410267       MedExpress,    325 McClellandtown Road,   Uniontown, PA 15401-5096
13410269     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Drive,
                Lewisville, TX 75067-9932)
13410271       NCO Financial Systems, Inc.,    P.O. Box 13574,    Philadelphia, PA 19101
13410272       Orchard Bank,    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13410276       PNC Bank,    P.O. Box 609,    Pittsburgh, PA 15230-0609
13410273       Pediatric Alliance, P.C.,    1100 Washington Avenue--Suite 215,     Carnegie, PA 15106-3616
13410274       Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13410278       Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
13481803       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13410282       State Farm Bank,    P.O. Box 2327,    Bloomington, IL 61702-2327
13410283       Stoneberry,    P.O. Box 2820,    Monroe, WI 53566-8020
13410249       Through the Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
13410287       UPMC CC,   P.O. Box 371980,    Pittsburgh, PA 15250-7980
13410288      +UPMC Mercy Hospital of Pittsburgh,    Quantum I Building/Third Floor,    Distribution Rom #386,
                2 Hot Metal Street,    Pittsburgh, PA 15203-2348
13410285       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13497721       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
13497722       VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
13410290      +Verizon,    Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13410266       WFNNB/Levin Furniture,    P.O. Box 182125,    Columbus, OH 43218-2125
13410291       Washington Mutual Bank,    P.O. Box 100576,    Florence, SC 29502-0576
13410293       World Financial Network National Bank,     P.O. Box 182124,    Columbus, OH 43218-2124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:05
                Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:53
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13410244       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2017 01:23:44     Asset Acceptance Corp.,
                P.O. Box 2036,    Warren, MI 48090-2036
13490323       E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:29:38
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13410247       E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:19     Cavalry Portfolio Services,
                P.O. Box 27288,    Tempe, AZ 85285-7288
```

```
District/off: 0315-2          User: kthe               Page 2 of 3                   Date Rcvd: Aug 28, 2017
                              Form ID: 408             Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13410245       +E-mail/Text: cms-bk@cms-collect.com Aug 29 2017 01:23:19      Capital Management Services,
                 726 Exchange Street--Suite 700,    Buffalo, NY 14210-1485
13418694       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:19      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13410263        E-mail/Text: cio.bncmail@irs.gov Aug 29 2017 01:23:15      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13431005        E-mail/Text: bkr@cardworks.com Aug 29 2017 01:22:55      Merrick Bank,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13410268        E-mail/Text: bkr@cardworks.com Aug 29 2017 01:22:55      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13620282        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:05      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13410270       +E-mail/Text: egssupportservices@egscorp.com Aug 29 2017 01:24:10
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13410277        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:48:38
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA 23541
13501388        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:31:19
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13429325        E-mail/Text: ebn@vativrecovery.com Aug 29 2017 01:23:18      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,    Houston, TX  77240-0728
13417127        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2017 01:23:40
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
13410275        E-mail/Text: nod.referrals@fedphe.com Aug 29 2017 01:23:04      Phelan Hallinan & Schmieg,
                 One Penn Center Plaza @ Suburban Station,    1617 John F. Kennedy Blvd., Suite 1400,
                 Philadelphia, PA 19103-1814
13452594       +E-mail/Text: csidl@sbcglobal.net Aug 29 2017 01:24:27      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13423193        E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 01:23:31
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
13433897        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:53
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13410280        E-mail/Text: philadelphia.bnc@ssa.gov Aug 29 2017 01:24:24      Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden Street,   Philadelphia, PA 19123-2999
13410281        E-mail/Text: bankruptcy@sw-credit.com Aug 29 2017 01:23:49      Southwest Credit Systems,
                 4120 International Parkway--Suite 1100,    Carrollton, TX 75007-1958
13410284       +E-mail/Text: bankruptcy@tebofinancial.com Aug 29 2017 01:23:20      Tebo Financial Services,
                 4801 Dressler Road, NW #194,    Canton, OH 44718-3669
13410289       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 29 2017 01:24:34      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
13410286        E-mail/Text: bnc@alltran.com Aug 29 2017 01:23:06      United Recovery Systems, Inc.,
                 P.O. Box 722929,    Houston, TX 77272-2929
13410292        E-mail/Text: BKRMailOps@weltman.com Aug 29 2017 01:23:59      Weltman, Weinberg & Reis,
                 175 South Third Street--Suite 900,    Columbus, OH 43215-5166
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Nationstar Mortgage, LLC
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
cr*             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13417176*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
13421308*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13620558*       Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13508353*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Department,
                 350 Highland Drive,    Lewisville, TX 75067)
13410259       ##The Hartford,    P.O. Box 2024,   Hartford, CT 06145-2024
                                                                                        TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2            User: kthe                 Page 3 of 3           Date Rcvd: Aug 28, 2017
                                Form ID: 408               Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Kimberly J. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Arthur K. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7