IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ARTHUR K. MILLER
KIMBERLY J. MILLER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:12-23259

Chapter 13
Related to:
Document No.: 64

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __17th__ day of __October__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

kmt

FILED
10/17/17 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23259-CMB
Arthur K. Miller                                                    Chapter 13
Kimberly J. Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                  Page 1 of 3                  Date Rcvd: Oct 17, 2017
                               Form ID: pdf900             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db/jdb         Arthur K. Miller,    Kimberly J. Miller,    114 Mineral Springs Road,    Hopwood, PA   15445-2429
13410242      +AAS Debt Recovery, Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
13416246     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, Texas   76096)
13410243       Anesthesia Consultants of SW PA,    P.O. Box 49,    Pittsburgh, PA 15230-0049
13410246     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
                Norcross, GA 30091)
13410248     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
                Pittsburgh, PA 15234-0931)
13449091      +COUNTRY DOOR,   c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas TX 75374-0933
13410250     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,
                P.O. Box 81577,    Austin, TX 78708-1577)
13410251     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626)
13410279      +David R. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
13410252      +Elizur Corporation,    9800 A McKnight Road,    Pittsburgh, PA 15237-6032
13410253      +Emergency Resource Management, Inc.,    1650 Metropolitan Street,
                Third Floor--Customer Service,    Pittsburgh, PA 15233-2212
13410254       Fayette Medical Associates,    P.O. Box 644381,    Pittsburgh, PA 15264-4381
13410255       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13410256       First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13410257       Foundation Radiology Group, PC,    75 Remittance Drive--Dept. 3310,    Chicago, IL 60675-1001
13410258      +GM Financial,    P.O. Box 183593,    Arlington, TX 76096-3593
13410261       HFC,    P.O. Box 4153-K,    Carol Stream, IL 60197-4153
13410262      +HSBC Card Services,    Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
13410260       Hayt, Hayt & Landau,    Meridian Center I, Two Industrial Way,    P.O. Box 500,
                Eatontown, NJ 07724-0500
13410264       IT Billing Entity: Uniontown, PA,    P.O. Box 644352,    Pittsburgh, PA 15264-4352
13410265       Laurel Pathology,    P.O. Box 2149,    Pittsburgh, PA 15230-2149
13410267       MedExpress,    325 McClellandtown Road,    Uniontown, PA 15401-5096
13410269     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,
                Lewisville, TX 75067-9932)
13410271       NCO Financial Systems, Inc.,    P.O. Box 13574,    Philadelphia, PA 19101
13410272       Orchard Bank,    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13410276       PNC Bank,    P.O. Box 609,    Pittsburgh, PA 15230-0609
13410273       Pediatric Alliance, P.C.,    1100 Washington Avenue--Suite 215,    Carnegie, PA 15106-3616
13410274       Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13410278       Quest Diagnostics,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
13481803       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13410282       State Farm Bank,    P.O. Box 2327,    Bloomington, IL 61702-2327
13410283       Stoneberry,    P.O. Box 2820,    Monroe, WI 53566-8020
13410249       Through the Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
13410287       UPMC CC,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13410288      +UPMC Mercy Hospital of Pittsburgh,    Quantum I Building/Third Floor,    Distribution Rom #386,
                2 Hot Metal Street,    Pittsburgh, PA 15203-2348
13410285       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13497721       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
13497722       VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
13410290      +Verizon,    Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13410266       WFNNB/Levin Furniture,    P.O. Box 182125,    Columbus, OH 43218-2125
13410291       Washington Mutual Bank,    P.O. Box 100576,    Florence, SC 29502-0576
13410293       World Financial Network National Bank,    P.O. Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:17:49
                Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:16:58
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13410244       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 18 2017 01:13:53     Asset Acceptance Corp.,
                P.O. Box 2036,    Warren, MI 48090-2036
13490323       E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:16:58
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13410247       E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:14:12     Cavalry Portfolio Services,
                P.O. Box 27288,    Tempe, AZ 85285-7288

```
District/off: 0315-2          User: gamr                   Page 2 of 3                   Date Rcvd: Oct 17, 2017
                              Form ID: pdf900              Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13410245      +E-mail/Text: cms-bk@cms-collect.com Oct 18 2017 01:13:33      Capital Management Services,
               726 Exchange Street--Suite 700,    Buffalo, NY 14210-1485
13418694      +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:14:12      Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13410263       E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 01:13:31      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13431005       E-mail/Text: bkr@cardworks.com Oct 18 2017 01:13:24      Merrick Bank,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13410268       E-mail/Text: bkr@cardworks.com Oct 18 2017 01:13:24      Merrick Bank,     P.O. Box 9201,
               Old Bethpage, NY 11804-9001
13620282       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:28:11      Midland Funding LLC,
               by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
13410270      +E-mail/Text: egssupportservices@egscorp.com Oct 18 2017 01:14:08
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13410277       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:35:23
               Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
13501388       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:28:15
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13429325       E-mail/Text: ebn@vativrecovery.com Oct 18 2017 01:13:33      Palisades Acquisition IX  LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
               PO Box 40728,    Houston, TX   77240-0728
13417127       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:13:44
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
13410275       E-mail/Text: nod.referrals@fedphe.com Oct 18 2017 01:13:27      Phelan Hallinan & Schmieg,
               One Penn Center Plaza @ Suburban Station,    1617 John F. Kennedy Blvd., Suite 1400,
               Philadelphia, PA 19103-1814
13452594      +E-mail/Text: csidl@sbcglobal.net Oct 18 2017 01:14:18      Premier Bankcard/Charter,
               P.O. Box 2208,    Vacaville, CA 95696-8208
13423193       E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2017 01:13:38
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA  98083-0788
13433897       E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2017 01:17:35
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13410280       E-mail/Text: philadelphia.bnc@ssa.gov Oct 18 2017 01:14:16      Social Security Administration,
               Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2999
13410281       E-mail/Text: bankruptcy@sw-credit.com Oct 18 2017 01:13:57      Southwest Credit Systems,
               4120 International Parkway--Suite 1100,    Carrollton, TX 75007-1958
13410284      +E-mail/Text: bankruptcy@tebofinancial.com Oct 18 2017 01:13:34      Tebo Financial Services,
               4801 Dressler Road, NW #194,    Canton, OH 44718-3669
13410289      +E-mail/Text: BankruptcyNotice@upmc.edu Oct 18 2017 01:14:22      UPMC Physician Services,
               1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
13410286       E-mail/Text: bnc@alltran.com Oct 18 2017 01:13:28      United Recovery Systems, Inc.,
               P.O. Box 722929,    Houston, TX 77272-2929
13410292       E-mail/Text: BKRMailOps@weltman.com Oct 18 2017 01:14:04      Weltman, Weinberg & Reis,
               175 South Third Street--Suite 900,    Columbus, OH 43215-5166
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
cr             Nationstar Mortgage, LLC
cr*          ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX   76096)
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
13417176*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13421308*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
13620558*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
13508353*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage, LLC,    Bankruptcy Department,
               350 Highland Drive,    Lewisville, TX 75067)
13410259       ##The Hartford,    P.O. Box 2024,    Hartford, CT 06145-2024
                                                                                               TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: gamr                 Page 3 of 3                  Date Rcvd: Oct 17, 2017
                               Form ID: pdf900            Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Daniel R. White    on behalf of Joint Debtor Kimberly J. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Arthur K. Miller dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com
              Matthew John McClelland     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```