UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  
    ARTHUR K. MILLER  
    KIMBERLY J. MILLER  
    Debtor(s)

Case No. 12-23259CMB

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/27/2012.

2) The plan was confirmed on 08/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/08/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/20/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,869.68.

10) Amount of unsecured claims discharged without payment: $49,471.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $112,000.00 | |
| Less amount refunded to debtor | $1,386.84 | |
| **NET RECEIPTS:** | | **$110,613.16** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,059.96 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,559.96** |

Attorney fees paid and disclosed by debtor:       $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVCS INC | Secured | 23,467.00 | 23,383.68 | 23,383.68 | 23,383.68 | 3,815.51 |
| ANESTHESIA CONSULTANTS OF SOU | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL/HFC(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 1,277.00 | 1,301.52 | 1,301.52 | 39.02 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,277.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | 861.00 | 872.04 | 872.04 | 26.15 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | 4,513.00 | 4,652.91 | 4,652.91 | 139.52 | 0.00 |
| COUNTRY DOOR | Unsecured | 398.00 | 421.83 | 421.83 | 12.65 | 0.00 |
| DAVID SHEBA DO | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 716.00 | 1,240.98 | 1,240.98 | 37.21 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| ELIZUR CORP | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY RESOURCE MGMT | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE MEDICAL ASSOCIATES++ | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA** | Unsecured | 1,088.00 | 1,088.86 | 1,088.86 | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP+ | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES++ | Unsecured | 11,035.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 2,065.00 | 3,895.69 | 3,895.69 | 3,895.69 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 11,295.00 | 11,429.33 | 11,429.33 | 342.71 | 0.00 |
| LAUREL PATHOLOGY++ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MED EXPRESS BILLING | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 610.00 | 398.73 | 398.73 | 11.96 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 123.00 | 118.23 | 118.23 | 3.55 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 691.96 | 691.96 | 20.75 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 108,073.00 | 116,798.13 | 0.00 | 48,780.48 | 0.00 |
| NATIONSTAR MORTGAGE LLC(*) | Secured | 0.00 | 11,810.97 | 11,810.97 | 11,810.97 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 282.63 | 282.63 | 282.63 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 14.05 | 14.05 | 0.42 | 0.00 |
| PALISADES ACQUISITION/PALISADE! | Unsecured | NA | 204.54 | 204.54 | 6.13 | 0.00 |
| PEDIATRIC ALLIANCE | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 772.00 | 772.28 | 772.28 | 23.16 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 500.00 | 499.78 | 499.78 | 14.99 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 604.00 | 575.75 | 575.75 | 17.27 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 410.00 | 410.30 | 410.30 | 12.30 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - WFN | Unsecured | 3,572.00 | 3,572.96 | 3,572.96 | 107.13 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 1,839.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM BANK | Unsecured | 2,663.00 | 2,780.34 | 2,780.34 | 83.37 | 0.00 |
| STONEBERRY | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| TEBO FINANCIAL SERVICES* | Secured | 9,255.32 | 9,267.71 | 9,267.71 | 9,267.71 | 918.24 |
| THE HARTFORD | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| UPMC(*) | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| UPMC/CANCER CENTER | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $48,780.48 | $0.00 |
| Mortgage Arrearage | $11,810.97 | $11,810.97 | $0.00 |
| Debt Secured by Vehicle | $32,651.39 | $32,651.39 | $4,733.75 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$44,462.36** | **$93,242.84** | **$4,733.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,178.32 | $4,178.32 | $0.00 |
| **TOTAL PRIORITY:** | **$4,178.32** | **$4,178.32** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,046.39** | **$898.29** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,559.96 |
| Disbursements to Creditors | $103,053.20 |
| **TOTAL DISBURSEMENTS** : | **$110,613.16** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2017                          By: /s/ Ronda J. Winnecour
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**